

```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  WARREN WEBSTER ALSTON,           )  NO. EDCV 07-01476 SGL (SS)
                                     )
12                 Plaintiff,        )  ORDER ADOPTING FINDINGS,
                                     )  CONCLUSIONS, AND RECOMMENDATIONS OF
13         v.                        )  UNITED STATES MAGISTRATE JUDGE
                                     )
14  SAN BERNARDINO POLICE            )
    DEPARTMENT, et al.,              )
15                                   )
                   Defendants.       )
16                                   )
    _____)
17
```

18
     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint,
19
all the records and files herein and the Report and Recommendation of
20
the United States Magistrate Judge.  The time for filing Objections to
21
the Report and Recommendation has passed and no Objections have been
22
received.  Accordingly, the Court accepts and adopts the findings,
23
conclusions and recommendations of the Magistrate Judge.
24

25
     **IT IS ORDERED** that Judgment shall be entered dismissing this action
26
with prejudice.
27
//
28
//

1 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Plaintiff.

4 **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: 7-1-08

                                    _____
                                    STEPHEN G. LARSON
                                    UNITED STATES DISTRICT JUDGE